IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUINCY LEWIS,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 17-06405 WHA

**ORDER APPOINTING COUNSEL**

Because plaintiff Quincy Lewis has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Thomas P. Brown, Andy LeGolvan, and Kelly Winslow of the law firm Paul Hastings LLP, are hereby appointed as counsel for plaintiff Quincy Lewis in this matter. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

The Clerk shall serve this on Attorneys Thomas P. Brown, Andy LeGolvan, and Kelly Winslow, Paul Hastings LLP, 101 California Street, 48th Floor, San Francisco, CA 94111.

**IT IS SO ORDERED.**

Dated: April 24, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE